1050

[No. 29738-4-I.     Division One.     April 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK
HARVEY LACASSE, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 91-1-00645-2, Richard J. Thorpe, J.,
entered December 2, 1991. *Reversed* by unpublished opinion
per Kennedy, J., concurred in by Webster, C.J., and Forrest,
J. Pro Tem.

[No. 30112-8-I.     Division One.     April 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC R.
DANIELS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-06525-1, Sally Pasette, J., entered Febru-
ary 7, 1992. *Reversed* by unpublished opinion per Kennedy,
J., concurred in by Baker and Agid, JJ.

[No. 29575-6-I.     Division One.     April 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE
LEE SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-02678-1, Norma Smith Huggins, J., entered
November 18, 1991. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Webster, C.J., and Pekelis, J.

[No. 32420-9-I.     Division One.     April 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG
SCOTT LUTZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-01669-7, Norma Smith Huggins, J., entered
October 11, 1991. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Webster, C.J., and Kennedy, J.